# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

INFINITY ENERGY SERVICES,
LLC

NO.   2021 CW 0564

VERSUS

DAVID L. FREEMAN

**JULY 27, 2021**

---

In Re:     David L. Freeman, applying for supervisory writs, 32nd
           Judicial District Court, Parish of Terrebonne, No.
           189982.

---

**BEFORE:     WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include a copy of the peremptory exception raising the objection of no cause of action, which forms the basis of the writ application, plaintiff's opposition or a statement that no written document was filed, and the pertinent court minutes from the contradictory hearing on the exception. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8), (9), and (10).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before August 26, 2021 and must contain a copy of this ruling.

JEW
GH
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT